UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re JOSE ANTONIO RODRIGUEZ,

Case No. 16-cv-07164-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was opened on December 15, 2016 when the Court received from Plaintiff Jose Antonio Rodriguez a letter addressed to the Clerk of the Court expressing displeasure with the conditions of his confinement at the Department of State Hospitals - Atascadero in Atascadero, California.

In two notices, both dated December 15, 2016, the Clerk directed Plaintiff to complete a civil rights complaint form and an *in forma pauperis* ("IFP") application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 3, 2017

YVONNE GONZALEZ ROGERS
United States District Court Judge